1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No.  3:18-cv-5922 |
| v. | **COMPLAINT** |
| HEIDI CONWAY, *also known as* HEIDI BOMHOFF, | |
| Defendant. | |

Plaintiff, the United States of America, by and through its undersigned attorneys, brings

this complaint against Defendant HEIDI CONWAY, also known as HEIDI BOMHOFF, and

alleges the following:

### I. NATURE OF THIS ACTION

1.    Starting as early as 2013 and continuing to the present, Defendant has conducted

financial transactions with large sums of illegally obtained money, knowing that her

transactions are designed to conceal the nature, source, location, ownership, and control of

proceeds.  Defendant's conduct includes knowingly receiving money obtained via fraud and

then immediately transmitting the same money to accomplices.  Defendant has transmitted

money to and from accomplices in Ghana, Nigeria, Germany, Canada, and the United States.

2.      The United States seeks to prevent continuing and substantial injury to the United States and victims by bringing this action for a permanent injunction and other equitable relief under 18 U.S.C. § 1345.  The United States seeks to enjoin the ongoing commission of banking law violations as defined in 18 U.S.C. § 3322(d), including money laundering in violation of 18 U.S.C. § 1956(a)(1)(B), international money laundering in violation of 18 U.S.C. § 1956(a)(2)(B), and structuring cash transactions to evade transaction reporting requirements in violation of 31 U.S.C. § 5324(a).

## II. JURISDICTION AND VENUE

3.      This Court has jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

4.      The United States District Court for the Western District of Washington is a proper venue for this action under 28 U.S.C. § 1391(b)(1) & (b)(2) because Defendant is a resident of this district and because a substantial part of the events or omissions giving rise to this Complaint occurred in this district.

## III. PARTIES

5.      Plaintiff is the United States.

6.      Defendant Heidi Conway, also known as Heidi Bomhoff, is a resident of this district, residing in Aberdeen, Washington.  In connection with the matters alleged herein, Defendant transacts and has transacted business in this district.

## IV. FACTS

### A.  <u>Defendant's Ongoing Banking Law Violations</u>

7.      Defendant conducts financial transactions to benefit one or more international fraud schemes, knowing that the money she receives and transmits are obtained fraudulently,

COMPLAINT - 2
Case No. 3:18-cv-5922

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

knowing that her transactions are designed to conceal the schemes, and structuring her cash transactions in an effort to prevent the filing of required financial transaction reports. Defendant receives financial compensation for this conduct, often by transmitting to her accomplices slightly smaller amounts than she receives and keeping the difference for herself.

*(1)* **Money laundering and international money laundering**

8.      Beginning at least as early as 2013, Defendant has knowingly and willingly accepted hundreds of thousands of dollars from multiple sources and then transmitted most of that money to accomplices.

9.      During 2013 alone, Defendant transmitted tens of thousands of dollars, in dozens of transmissions, to accomplices in Ghana and Nigeria.

10.      Starting at least as early as 2015, Defendant began accepting money, totaling in the hundreds of thousands of dollars, from accomplices in Canada.  From 2015 through at least 2017, Defendant continued transmitting money (received from accomplices in Canada and elsewhere) to Ghana and Nigeria.  Beginning at least as early as 2017, Defendant has also been transmitting money to accomplices in the United States and Germany.

11.      From at least as early as November 2017 through at least as late as August 2018, Defendant received over $120,000 in wire transfers from an accomplice in Canada—an average of approximately $12,000 per month.

12.      Defendant has typically retained a portion of the money from each transmission as remuneration for her services.

*(2)* **Using third party's name to conceal**

13.      From at least as early as November 2017 and through at least as late as August 2018, Defendant has caused a Canadian accomplice to send more than a dozen international

wires, totaling over $120,000, for deposit into an account held in the name of one of Defendant's relatives.

14.     The international wires into this account specifically designate the beneficiary by name as Defendant's relative.  Although the wires designate Defendant's relative as the beneficiary, the moneys are intended, in truth and fact, to be accessed by Defendant and promptly transmitted to her accomplices.

*(3)* **Structuring**

15.     Defendant engaged in conduct designed to cause domestic financial institutions to fail to file a report required under 31 U.S.C. § 5313(a), and the regulations promulgated thereunder.  Defendant repeatedly caused and attempted to cause her cash withdrawals, and those of her relative, to be structured in amounts designed to avoid this transaction reporting requirement.

16.     For example, on June 1, 2017, $25,000 was wired into an account controlled by Defendant.  On three consecutive business days, Defendant withdrew (or caused her relative to withdraw) the same $25,000 in three cash withdrawals under or precisely at the $10,000 reporting threshold: a cash withdrawal of $5,000 the same day the incoming wire was deposited; a second cash withdrawal the second business day of precisely $10,000; and a third cash withdrawal on the third business day, again for precisely $10,000.00.

**B.  Defendant's Knowledge of Fraud, Intent to Conceal the Nature, Source, Location, Ownership, or Control of Proceeds, and Intent to Evade Transaction Reporting Requirements**

17.     On information and belief, Defendant has engaged in the financial transactions alleged in Paragraphs 7 through 16 with the knowledge that the moneys she receives from and transmits to accomplices are obtained by fraud schemes or other specified unlawful activity.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

18.     On information and belief, Defendant has engaged in the financial transactions alleged in Paragraphs 7 through 16 with the intent to conceal the nature, source, location, ownership, or control of proceeds.

19.     On information and belief, Defendant has engaged in the financial transactions alleged in Paragraphs 15 and 16 with the intent to evade transaction reporting requirements.

### C.  Harm to the United States

20.     The United States is suffering continuing and substantial injury from Defendant's banking law violations.

21.     Defendant is continuing to facilitate her banking law violations.  Absent injunctive relief by this Court, Defendant will continue to cause continuing and substantial injury to the United States and victims.

### COUNT I
### (18 U.S.C. § 1345 – Injunctive Relief)

22.     The United States re-alleges and incorporates by reference Paragraphs 1 through 21 of this Complaint as though fully set forth herein.

23.     By reason of the conduct described herein, Defendant has committed, is committing, and is about to commit banking law violations as defined in 18 U.S.C. § 3322(d), including money laundering with intent to conceal in violation of 18 U.S.C. § 1956(a)(1)(B)(i), money laundering with intent to evade transaction reporting requirements in violation of 18 U.S.C. § 1956(a)(1)(B)(ii), international money laundering with intent to conceal in violation of 18 U.S.C. § 1956(a)(2)(B)(i), international money laundering with intent to evade transaction reporting requirements in violation of 18 U.S.C. § 1956(a)(2)(B)(ii), and structuring cash transactions to evade transaction reporting requirements in violation of 31 U.S.C. § 5324.

COMPLAINT - 5
Case No. 3:18-cv-5922

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

24.     Because Defendant is committing or about to commit banking law violations as defined in 18 U.S.C. § 3322(d), the United States is entitled, under 18 U.S.C. § 1345, to seek a permanent injunction restraining all future banking law violations and any other action that this Court deems just to prevent a continuing and substantial injury to the United States.

25.     As a result of the foregoing, Defendant's conduct should be enjoined pursuant to 18 U.S.C. § 1345.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, United States of America, requests of the Court the following relief:

A.     That the Court issue a permanent injunction, pursuant to 18 U.S.C. § 1345, ordering that Defendant is restrained from engaging, participating, or assisting in money laundering, international money laundering, structuring transactions to evade transaction reporting requirements, and any money transmitting business; and

B.     That the Court order such other and further relief as the Court shall deem just and proper.

//

//

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

2      Respectfully submitted this 13th day of November, 2018.

3                                          ANNETTE HAYES
                                           United States Attorney
4
                                           _s/ Kayla C. Stahman_____
5                                          KAYLA C. STAHMAN, CA #228931
                                           Assistant United States Attorney
6                                          United States Attorney's Office
                                           700 Stewart Street, Suite 5220
7                                          Seattle, Washington 98101-1271
                                           Phone:  206-553-7970
8                                          Fax:     206-553-4067
                                           Email:  kayla.stahman@usdoj.gov
9
                                           GUSTAV W. EYLER
10                                         Acting Director
                                           Consumer Protection Branch
11
                                           _/s/ Daniel K. Crane-Hirsch_
12                                         Daniel K. Crane-Hirsch
                                           Consumer Protection Branch
13                                         United States Department of Justice
                                           P.O. Box 386
14                                         Washington, DC  20044
                                           Tel.: 202-616-8242
15                                         Fax: 202-514-8742
                                           Email: daniel.crane-hirsch@usdoj.gov
16
                                           Counsel for United States of America
17

18

19

20

21

22

23

COMPLAINT - 7
Case No. 3:18-cv-5922

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

<u>CERTIFICATE OF SERVICE</u>

2        The undersigned hereby certifies that he is an employee in the Office of the United

3  States Attorney for the Western District of Washington and is the person of such age and

4  discretion as to be competent to serve papers;

5        It is further certified that on this day, I mailed by United States Postal Service said

6  pleading to Defendant, addressed as follows:

7        Heidi Conway
         4427 Wishkah Rd.
8        Aberdeen, WA 98520

9        Dated this 13th day of November, 2018.

10                                          <u>*/s/ Thomas Everett*</u>
                                            THOMAS EVERETT
11                                          Paralegal
                                            United States Attorney's Office
12                                          700 Stewart Street, Suite 5220
                                            Seattle, Washington 98101-1271
13                                          Phone: (206) 553-2262
                                            Fax: (206) 553-0882
14                                          E-mail: thomas.everett@usdoj.gov

15

16

17

18

19

20

21

22

23

COMPLAINT - 8
Case No. 3:18-cv-5922

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kayla Stahman, Assistant United States Attorney
United States Attorney's Office
700 Stewart St. Suite 5220, Seattle, WA 98102, 206-553-7970

## DEFENDANTS

HEIDI CONWAY, also known as
HEIDI BOMHOFF

County of Residence of First Listed Defendant    Grays Harbor
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 1345
Brief description of cause:
Injunction for money laundering, structuring, fraud

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
11/13/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   UNITED STATES OF AMERICA,                 NO.

9                     Plaintiff

10                v.                           **[PROPOSED] CONSENT DECREE AND FINAL JUDGMENT**

11   HEIDI CONWAY, *also known as*
     HEIDI BOMHOFF,

12
                      Defendant.
13

14              **CONSENT DECREE AND FINAL JUDGMENT**

15        Plaintiff, United States of America ("Plaintiff"), commenced the above-captioned action in

16   this Court on this date with a complaint pursuant to 18 U.S.C. § 1345, alleging that Defendant,

17   Heidi Conway, also known as Heidi Bomhoff, is committing or about to commit a banking law

18   violation as defined in 18 U.S.C. § 3322(d), including money laundering in violation of 18

19   U.S.C. § 1956(a)(1)(B) and international money laundering in violation of 18 U.S.C.

20   § 1956(a)(2)(B).

21        Plaintiff and Defendant, *pro se*, wish to resolve Plaintiff's allegations without litigation and

22   jointly request and consent to the entry of this Stipulated Consent Decree and Final Judgment

23   ("Consent Decree") without Defendant's admission of liability or wrongdoing.

1    Defendant has entered into this Consent Decree freely and without coercion.  Defendant

2    further acknowledges that she has read the provisions of this Consent Decree, understands them,

3    and is prepared to abide by them.

4    **IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:**

5        1.        This Court has jurisdiction over this matter and the parties pursuant to

6    18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345. Venue is proper in this District under

7    28 U.S.C. § 1391(b) and (c).

8        2.        Defendant neither admits nor denies the allegations in the Complaint. Only for

9    purposes of this action, Defendant admits the facts necessary to establish jurisdiction.

10       3.        For purposes of this Consent Decree:

11            a.        "Defendant" means Heidi Conway, also known as Heidi Bomhoff.

12            b.        "Person" means an individual, a corporation, a partnership, or any other

13    entity.

14            c.        "Funds" include any currency, check, money order, stored value card,

15    stored value card numbers, bank wire transmission, or other monetary value.

16            d.        "Money transmitting business" refers to a person who, for a fee, receives

17    funds from one person for the purpose of transmitting the funds, or providing access to the

18    funds, to another person.

19            e.        "Fee" refers to a payment or compensation of any kind regardless of how

20    the payment or compensation is labeled, including but not limited to processing fees,

21    service fees, expediting fees, purchase fees, nominal fees, symbolic payments, gifts and

22    gratuities.

23

[PROPOSED] CONSENT DECREE
AND FINAL JUDGMENT - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1             f.      Upon entry of this Decree, Defendant is permanently prohibited and

2   enjoined from, directly or indirectly, assisting, facilitating, or participating in any money

3   transmitting business.

4          4.      Within five (5) days after entry of this Consent Decree, the Defendant is ordered

5   to submit to Postal Inspector Amy J. Kerkof a written acknowledgement of receipt of this

6   Consent Decree sworn under penalty of perjury.  The statement shall be addressed to:

7          U.S. Postal Inspector Amy J. Kerkof
             U.S. Postal Inspection Service

8          P.O. Box 400
             Seattle, WA 98111

9          206-442-6132 (desk)

10        5.      The Consent Decree shall not be modified except in writing by Plaintiff and the

11   Defendant and approved by the Court.

12        6.      This Consent Decree shall constitute a final judgment and order in this action.

13        7.      This Court retains jurisdiction of this action for the purpose of enforcing or

14   modifying this Consent Decree and for the purpose of granting such additional relief as may be

15   necessary or appropriate.

16

17       **DONE AND ORDERED** in Chambers at Seattle, Washington, this \_\_\_\_\_ day of

18   _____, 2018.

19

20

21

22

23

[PROPOSED] CONSENT DECREE
AND FINAL JUDGMENT - 3

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

**APPROVED AND ENTERED BY THIS COURT**

2

Dated this ____ day of _____, 2018.

3

HONORABLE _____

4

United States District Judge

5

We hereby consent to the entry of the foregoing Decree:

6

**FOR DEFENDANT HEIDI CONWAY, *a/k/a*
HEIDI BOMHOFF**

7

8

Dated: November *5*, 2018

9

HEIDI CONWAY, *also known as* HEIDI
BOMHOFF

10

**FOR PLAINTIFF THE UNITED STATES OF
AMERICA**

11

ANNETTE HAYES

12

United States Attorney

13

Dated: November ١٣, 2018

By: *s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931

14

Assistant United States Attorney
United States Attorney's Office

15

700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

16

Phone:  206-553-7970
Fax:     206-553-4067

17

Email:  kayla.stahman@usdoj.gov

18

19

20

21

22

23

[PROPOSED] CONSENT DECREE
AND FINAL JUDGMENT - 4

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch

By: */s/ Daniel K. Crane-Hirsch*
Daniel K. Crane-Hirsch
Consumer Protection Branch
United States Department of Justice
P.O. Box 386
Washington, DC  20044
Tel.: 202-616-8242
Fax: 202-514-8742
Email: daniel.crane-hirsch@usdoj.gov

Counsel for United States of America

[PROPOSED] CONSENT DECREE
AND FINAL JUDGMENT - 5

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970